Sean R. **BUNDY,** Petitioner–Appellant,

v.

**UNITED STATES of America,**
**Respondent–Appellee.**

No. 14–7588.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2015.

Decided: March 2, 2015.

Sean Rondell Bundy, Appellant Pro Se. Anthony Joseph Enright Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before NIEMEYER, KING, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean R. Bundy appeals the district court's order denying his petition for a writ of error coram nobis. We have reviewed the record and find no abuse of discretion. *See Bereano v. United States,* 706 F.3d 568, 575 (4th Cir.2013) (stating standard of review). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

*AFFIRMED.*